IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TAMRA SUE NEY, et ux.,

    Plaintiffs,

v.

PAUL McNEILL, M.D., et al.

    Defendants.

Civil No. 1:10-cv-02168-ELH

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2012 JAN 26 A 11: 54 CLERK'S OFFICE AT BALTIMORE BY_____ DEPUTY

Approved
ELH
USDJ
1/26/12

*************************************************************************

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, by their respective undersigned counsel, stipulate and agree that this action shall be, and hereby is, DISMISSED WITHOUT PREJUDICE. Outstanding costs shall be paid by the Defendants.

_____
Stephen J. Hughes
USDC/MD Bar #03313
Treanor, Pope & Hughes, P.A.
29 W. Susquehanna Avenue
Suite 110
Towson, MD 21204
(410)494-7777
Attorneys for Plaintiffs

_____
Frederick W. Goundry, III
USDC/MD Bar #09440
VARNER & GOUNDRY
A Professional Corporation
121 East Patrick Street
Frederick, MD 21701
(301)631-1800
Attorneys for Defendants